# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUND FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>SPECTRUM CONSTRUCTION GROUP, INC., et al.<br><br>Defendant(s). | CASE NO. 2:22−cv−03611−DSF−MAR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, Spectrum Construction Group, Inc., Bisher Aljazzar, and American Constractors Indemnity Company failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before April 14, 2023 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: March 31, 2023                /s/ *Dale S. Fischer*
                                                    Dale S. Fischer
                                                    United States District Judge