JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM CONSTRUCTION GROUP, INC. etc., et al.,<br><br>Defendants. | CASE NO: 2:22-cv-03611 DSF-MAR<br><br>**JUDGMENT AGAINST DEFENDANTS SPECTRUM CONSTRUCTION GROUP, INC. AND BISHER ALJAZZAR** |

All of the defendants in this action have been dismissed other than Spectrum Construction Group, Inc. and Bisher Aljazzar. [See Dkts. 24 and 34 (American Contractors Indemnity Company), Dkt. 26 (City of Santa Clarita), Dkt. 57 (Great American Insurance Company, State of California Department of Transportation, City of Moreno Valley).] Plaintiff, Spectrum Construction Group, Inc. and Bisher Aljazzar have filed a stipulation for entry of judgment on Plaintiff's first and second claims for relief and for dismissal of Plaintiff's third and fourth claims for relief, which together fully disposes of this lawsuit. The Court, having considered the stipulation and

finding good cause therefor, hereby enters judgment as follows:

1. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Partnership for Jobs Trust Fund, San Diego County Laborers' Pension Trust Fund, and San Diego Construction Advancement Trust Fund (hereinafter "Trust Funds" where referenced collectively), and **AGAINST DEFENDANT SPECTRUM CONSTRUCTION GROUP, INC. IN THE AMOUNT OF $442,076.92** (consisting of the following for the period January 2019 through April 2022: $115,867.51 in Monthly Contributions; $60,931.06 in interest; $217,706.55 in liquidated damages; $50,074.55 in subcontracting violations; and $640.00 in audit fees; minus a credit of $3,142.75)

2. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration

Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Partnership for Jobs Trust Fund, San Diego County Laborers' Pension Trust Fund, and San Diego Construction Advancement Trust Fund (hereinafter "Trust Funds" where referenced collectively), and **AGAINST DEFENDANT BISHER ALJAZZAR, IN THE AMOUNT OF $100,494.23** (consisting of the following for the period January 2019 through April 2022: $82,407.35 in unpaid Monthly Contributions; $1,607.20 in interest; and $16,479.68 in liquidated damages). The amount of the monetary judgment awarded in this paragraph 2 is encompassed by, and not in addition to, the monetary judgment awarded against the Spectrum Construction Group, Inc. in paragraph 1 above.

3.  The monetary judgments issued hereby in paragraphs 1 and 2 above shall not, and do not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including Plaintiff on behalf of the Trust Funds or any individual Trust Fund) to determine any additional amounts due by Spectrum Construction Group. Inc. for months after March 2022 and to collect such amounts from Spectrum Construction Group. Inc. and any other person or entity who may be liable, including but not limited to Bisher Aljazzar.

Dated: December 26, 2023

_____
HON. DALE S. FISCHER
United States District Judge

3